Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Rd; Suite U
Las Vegas, Nevada 89169-0930
Telephone: 702/720-3370
Facsimile:  702/720-3371

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NEVADA STATE CORPORATE<br>NETWORK, INC.<br><br>Debtor | Case No. BK-S-14-13366-ABL<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED FUNDS**<br><br>Judge:  Honorable August B. Landis |

**TO:**        **Clerk of the United States Bankruptcy Court**

**FROM:**        **Victoria L. Nelson, Chapter 7 Trustee**


Pursuant to Rule 3010 and 3011 of the Federal Rules of Bankruptcy Procedure, the following unclaimed funds are being forwarded to the Clerk of the United States Bankruptcy Court to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided 28 U.S.C. § 2042.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

| CLAIM NO. | CLAIMANT | LAST KNOWN ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|---|
| 9. | Petros G. Eliopulos, Trust | The Ronald J Slaughter 2303 Table Rock Rd. Boise, ID 83712 | $4,910.78 | |
| 12. | Deepalie Millie Joshi Esq. C/O Jonathan J Sapan | 3737 Camino De Rio S. Ste. 303 San Diego, CA 92108 | $50.14 | |
| 15. | Law Office of Dan E. Winder, P.C. C/O Gary Rutherford | 3507 W. Charleston Blvd Las Vegas, NV 89102 | $61.38 | |
| 16. | Rainbow Business Center, LLC | 3654 N. Rancho Drive #102 Las Vegas, NV 89130 | $612.86 | |

Dated this 3rd of November, 2016.

**CHAPTER 7 TRUSTEE**

_____
Victoria L. Nelson
3900 Paradise Road, Suite U
Las Vegas, NV 89169-0930
*Chapter 7 Trustee*